UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DORIS LANE, MARY LEWIS, DONNA LOVE, :
TONYA LYNN, LAURA MAKENNA, DONNA :
MCCLELLAN, BONNIE MCLAUGHLIN, :
MARGARET MILLER, CLARA MONROE, :
RUSSELL MONROE, ROSANN MUSSA, :
BRETT NEILL, ANNIE NELSON, JASON :
NORADO, DAVID NORFLEET, SUSAN :
NOWELL, BRENDA PARKER, CASSANDRA :
PATTERSON, SHIRLEY PHILLIPS, PATRICIA :
RIGGS, :
 :
     Plaintiffs. : Civil Action
v. : No. 04-11261-GAO
 :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
 :
     Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

     Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 29, 2004                     Respectfully submitted,
     Boston, Massachusetts

                                                /s/Matthew J. Matule
                                                Matthew J. Matule (BBO #632075)
                                                SKADDEN, ARPS, SLATE,
Of Counsel:                                     MEAGHER & FLOM LLP
Barbara Wrubel                           One Beacon Street
Katherine Armstrong                  Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,          (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                              Counsel for Defendant
                                                Boehringer Ingelheim Pharmaceuticals, Inc.