UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DORIS LANE, MARY LEWIS, DONNA LOVE,       :
TONYA LYNN, LAURA MAKENNA, DONNA          :
MCCLELLAN, BONNIE MCLAUGHLIN,             :
MARGARET MILLER, CLARA MONROE,            :
RUSSELL MONROE, ROSANN MUSSA,             :
BRETT NEILL, ANNIE NELSON, JASON          :
NORADO, DAVID NORFLEET, SUSAN             :
NOWELL, BRENDA PARKER, CASSANDRA          :
PATTERSON, SHIRLEY PHILLIPS, PATRICIA     :
RIGGS,                                    :
                                          :
        Plaintiffs.                       :   Civil Action
v.                                        :   No. 04-11261-GAO
                                          :
INDEVUS PHARMACEUTICALS, INC., F/K/A      :
INTERNEURON PHARMACEUTICALS, INC.;        :
WYETH, INC., F/K/A AMERICAN HOME          :
PRODUCTS CORPORATION; WYETH               :
PHARMACEUTICALS, INC F/K/A WYETH-         :
AYERST PHARMACEUTICALS, INC., A           :
DIVISION OF AMERICAN HOME PRODUCTS        :
CORPORATION; AND BOEHRINGER               :
INGELHEIM PHARMACEUTICALS, INC.,          :
                                          :
        Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: June 29, 2004                                    Respectfully submitted,
     Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Of Counsel:                                         One Beacon Street
Barbara Wrubel                           Boston, Massachusetts 02108
Katherine Armstrong                  (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                             Counsel for Defendant
                                               Boehringer Ingelheim Pharmaceuticals, Inc.