UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DORIS LANE, MARY LEWIS, DONNA LOVE, TONYA LYNN, LAURA MAKENNA, DONNA MCCLELLAN, BONNIE MCLAUGHLIN, MARGARET MILLER, CLARA MONROE, RUSSELL MONROE, ROSANN MUSSA, BRETT NEILL, ANNIE NELSON, JASON NORADO, DAVID NORFLEET, SUSAN NOWELL, BRENDA PARKER, CASSANDRA PATTERSON, SHIRLEY PHILLIPS, PATRICIA RIGGS,

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11261-GAO

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: September 15, 2004
      Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Indevus Pharmaceuticals, Inc.