UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DORIS LANE, MARY LEWIS, DONNA LOVE,       :
TONYA LYNN, LAURA MAKENNA, DONNA
MCCLELLAN, BONNIE MCLAUGHLIN,             :
MARGARET MILLER, CLARA MONROE,
RUSSELL MONROE, ROSANN MUSSA,             :
BRETT NEILL, ANNIE NELSON, JASON
NORADO, DAVID NORFLEET, SUSAN             :
NOWELL, BRENDA PARKER, CASSANDRA
PATTERSON, SHIRLEY PHILLIPS, PATRICIA     :
RIGGS,
                                          :
        Plaintiffs,                            Civil Action
v.                                        :    No. 04-11261-GAO

                                          :
INDEVUS PHARMACEUTICALS, INC., F/K/A      :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME          :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-         :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS        :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,          :

                                          :
        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: September 15, 2004<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800 |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |